**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 19, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00770-CV

---

## IN RE BELL HOT SHOT COMPANY AND MELVIN WAYNE BALL, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-39439**

---

## MEMORANDUM OPINION

On September 3, 2013, relators Bell Hot Shot Company and Melvin Wayne Ball filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In their petition, relators ask this court to compel the respondent, the Honorable Kyle Carter, presiding judge of the 125th District Court of Harris County, to vacate a prior ruling and grant their motion for independent psychological examination.

Relators assert in their petition that the respondent denied their motion on August 29, 2013. Relators have not provided this court with a copy of the order denying their motion. Our record consists of just a hearing transcript dated June 10, 2013. The respondent did not rule on relators' motion during that hearing. Instead, he took their motion under advisement.

Those seeking the extraordinary remedy of mandamus must follow the applicable procedural rules. *In re Le*, 335 S.W.3d 808, 813 (Tex. App.—Houston [14th Dist.] 2011, orig. proceeding). "Chief among these is the critical obligation to provide the reviewing court with a complete and adequate record." *Id.* (citing *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992)); *see also* Tex. R. App. P. 52.7(a). Based on the incomplete record before us, we cannot determine that the respondent even denied relators' motion.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny their petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Frost, Boyce, and Jamison.